**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**THWANDA MAGEE, INDIVIDUALLY
AND AS MOTHER AND NEXT FRIEND OF
MINOR 1, MINOR 2 AND MINOR 3**                    **PLAINTIFF**

**VS.**                    **CIVIL ACTION NO.<u>5:19-cv-00052 DCB-MTP</u>**

**PIKE COUNTY, Et Al.**                    **DEFENDANTS**

<u>**NOTICE OF DISMISSAL**</u>

**COMES NOW** the Plaintiff, by and through counsel, and files, pursuant to F.R.C.P. 41(a) and other applicable authority, their Notice of Dismissal of Defendants Deputy J. Walker and Deputy T. Johnson. Said Notice is filed before any opposing party has served either an answer or motion for summary judgment, and said Dismissal is without prejudice.

Based on discoverable information produced at the close of business on August 13, 2020, Plaintiffs have no reason to pursue claims against former deputies J. Walker and T. Johnson.  Had said information been timely disclosed, as required by Fed.R.Civ.Pro. 26(a)(1)(A), Plaintiffs would not have filed [DOC.] 35, the Motion for Leave to File Amended Amend Complaint.

**SO FILED**, this the 17th day of August, 2020.

THWANDA MAGEE, INDIVIDUALLY, AND AS
NATURAL PARENT AND NEXT FRIEND OF
HER THREE MINOR CHILDREN

By:    /s/Anthony R. Simon
       ANTHONY R. SIMON, MSB # 10009
       COUNSEL FOR THWANDA MAGEE,
       INDIVIDUALLY, AND AS
       NATURAL PARENT AND NEXT FRIEND OF
       HER THREE MINOR CHILDREN

SIMON & TEEUWISSEN, PLLC
621 EAST NORTHSIDE DRIVE
JACKSON, MISSISSIPPI 39206
TELEPHONE: 601-366-8400

## CERTIFICATE OF SERVICE

The undersigned certifies that he has this day electronically filed the foregoing document with the Clerk of the Court using the Court's electronic filing system (ECF), which sent notification of such filing to all attorneys of record as follows:

William R. Allen, Esq.
Christina J. Smith, Esq.
Allen, Allen Breeland & Allen, PLLC
214 Justice Street
Brookhaven, Mississippi 39601

Respectfully submitted this the 17th day of August, 2020.

       /s/Anthony R. Simon
       COUNSEL FOR THWANDA MAGEE,
       INDIVIDUALLY, AND AS NATURAL
       PARENT AND NEXT FRIEND OF
       HER THREE MINOR CHILDREN