IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

THWANDA MAGEE, INDIVIDUALLY
AND AS MOTHER AND NEXT FRIEND OF
MINOR 1, MINOR 2, AND MINOR 3                PLAINTIFF

VS.                CIVIL ACTION NO.: 5:19-cv-52-DCB-MTP

BENA WILLIAMS-JONES, IN HER
INDIVIDUAL CAPACITY;
DEPUTY J. WALKER, IN HIS
INDIVIDUAL CAPCAITY
DEPUTY T. JOHNSON, IN HIS
INDIVIDUAL CAPACITY; and
OTHER UNKNOWN EMPLOYEES
AND ELECTED OFFICIALS
OF PIKE COUNTY, IN THEIR INDIVIDUAL
CAPACITIES                DEFENDANTS

## AGREED ORDER OF DISMISSAL

THIS CAUSE came to be heard on a joint *ore tenus* motion of parties that this matter be dismissed with prejudice and the Court, having considered the same, and it being made known that the parties have reached an agreement in this matter, finds that said Motion is well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-captioned cause is hereby dismissed with prejudice in accordance with the parties' agreement, and each party shall bear their own costs.

SO ORDERED, THIS the __11th__ day of February, 2021.

                                                   s/David Bramlette
                                                   DISTRICT JUDGE

AGREED TO BY:

*[signature]*

ANTHONY R. SIMON (MSB #10009)
PIETER TEEUWISSEN (MSB #8777)
Simon & Teeuwissen, PLLC
621 East Northside Drive
Jackson, Mississippi 39206
Tel. (228) 276-0307
Fax (866) 354-9707
Email: anthonysimonpllc@bellsouth.net
Email: adwoodard@bellsouth.net
    *Attorneys for Plaintiff*

*[signature]*

WILLIAM R. ALLEN (MSB #100541)
CHRISTINA J. SMITH (MSB#105483)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS  39602-0751
Tel. 601-833-4361
Fax 601-833-6647
Email:  wallen@aabalegal.com
Email:  csmith@aabalegal.com
    *Attorneys for Defendants*